## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PATRIOT AMERICAN
HOSPITALITY PARTNERSHIP,
L.P., et al.,

                        Case No. 03-75175

          Petitioners,

                        Honorable Arthur J. Tarnow

v.                         United States District Judge

BAYBEST RIBS, L.L.C.,          Magistrate Judge Donald A. Scheer

          Respondent.

_____/

### JUDGMENT

      In accordance with the Order entered on <u>September 23</u>, <u>2005</u>

      IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary

Judgment is GRANTED and Defendants' Motion to Dismiss is DENIED as of

<u>September 23, 2005.</u>

      Dated at Detroit, Michigan, this <u>  23rd  </u> day of <u>September</u>,  2005.

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                  BY:<u>   Theresa E. Taylor        </u>
                          Deputy Clerk

Approved:

<u>s/sArthur J. Tarnow           </u>
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE